**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**CRIMINAL MINUTES - GENERAL**

Case No.   3:15-CR-169 (01-02)                              Date   4/28/17

Case Caption:   USA v.  Charles McBeath et al.

DOCKET ENTRY: Defendants Charles McBeath and Antonio Spiva appeared with counsel for evidentiary hearing. Testimony taken. Defendants ordered to remain in custody. The Court ordered the sentencing hearings to be bifurcated with no objection from counsel. Court to set disposition dates. Mr. O' Brien placed his objections to the report on the record.

PRESENT:

HONORABLE:   Thomas M. Rose   , JUDGE

Kaylin Atkinson                              Mary Schweinhagen
Deputy Clerk                              Court Reporter

Plaintiff Attorneys:                              Defendant Attorneys:

Sheila Lafferty                              Daniel O'Brien (01)

Aaron Durden (02)

PROCEEDINGS:

Convene:  10:24 a.m.          Recess: 12:20 p.m.      Exhibits:   Kept in Chambers

Case No. __**3:15-CR-169(01-02)**__ Date: ___04/28/17___ Page: __2__

Case Name: __USA v. Charles McBeath__

Ct Rptr: __Mary Schweinhagen__ Ctrm Deputy ___Kaylin Atkinson___

| Pltf | | Deft | | Item | Atty | Exam | Time |
|------|------|------|------|------|------|------|------|
| No | Id | No | Id | | | | |
| | | | | Convene | | | 10:24 |
| | | | | Timothy Braun- sworn and testimony | Pltf | Direct | 10:35 |
| 1 | X | | | PowerPoint presentation | | | 10:38 |
| | | | | Sidebar on the Record | | | 10:47 |
| | | | | Timothy Braun | Pltf | Direct | 10:51 |
| | | | | Timothy Braun | Def (2) | Cross | 11:45 |
| | | | | Timothy Braun | Def (1) | Cross | 12:05 |
| | | | | Timothy Braun | Pltf | Redirect | 12:08 |
| | | | | Timothy Braun | Def (2) | Recross | 12:09 |
| | | | | Findings of the Court | | | 12:12 |
| | | | | Witness Statement made on the record | | | 12:13 |
| | | | | Plaintiff moved to admit Power Point, Exhibit 1 | | | 12:14 |
| | | | | Exhibit 1 admitted without objection | | | 12:15 |
| | | | | Court to Bifurcate sentencing ; No Objections | | | 12:18 |
| | | | | Recessed | | | 12:20 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |