# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15-cr-169(2) |
| | | Also 3:19-cv-41 |
| Plaintiff, | | |
| - vs - | | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| ANTHONY J. SPIVA, | | |
| Defendant. | : | |

## ORDER STRIKING SECOND SET OF OBJECTIONS

This § 2255 case is before the Court on Defendant's Objections (ECF No. 172) to the Magistrate Judge's Report and Recommendations (ECF No. 168).

The Report was filed and served on May 30, 2019. As Defendant was advised, this made his deadline for filing objections June 17, 2019. Because of the mailbox rule in *Houston v. Lack,* 487 U.S. 266 (1988), Defendant's Objections would have been timely if deposited in the prison mail system by that date. A prior set of Objections was received at the Court on June 27, 2019, ten days past the due date and three days after Judge Rose adopted the Report and dismissed the case. That set of Objections was stricken as untimely (ECF No. 171).

Petitioner's second set of Objections (ECF No. 172) was received by the Court on July 3, 2019. That set of Objections is also stricken because it is untimely. As noted above, Petitioner's time to file expired June 17, 2019. The present set of Objections purports to have been signed on June 20, 2019, three days after the deadline. It also purports to have been deposited in the mail on June 24, 2019, but bears a postmark of July 1, 2019 (PageID 976).

Petitioner's Second Set of Objections is STRICKEN as untimely filed.

July 5, 2019.

s/ *Michael R. Merz*
United States Magistrate Judge