# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15-cr-00169(2) |
| Plaintiff, | : | Also 3:19-cv-41 |
| v. | : | Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| ANTONIO J. SPIVA, | : | |
| Defendant. | : | |

___

**ENTRY AND ORDER OVERRULING OBJECTION (DOC. 176) AND ADOPTING REPORT AND RECOMMENDATIONS (DOC. 175)**
___

This case is before the Court on the "Objection to Report and Recommendation to Strike" ("Objections") (Doc. 176) filed by Defendant Antonio J. Spiva ("Spiva"), which this Court construes as written objections to the July 10, 2019 "Report and Recommendations on Motion to Strike" ("Report") (Doc. 175). In the Report, Magistrate Judge Michael R. Merz construed Spiva's July 9, 2019 "Motion to Strike the Court's Order of June 24, 2019 and Request to Fully Consider Plaintiff's Objections to the Report & Recommendation" ("Motion to Strike") (Doc. 174) as a Rule 59(e) motion, recommended that the Court deny Spiva's Motion to Strike (Doc. 174), deny Spiva a certificate of appealability, and certify to the Sixth Circuit that any appeal would be objectively frivolous and therefore Spiva should not be permitted to proceed *in forma pauperis*. This matter is ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Criminal Procedure 59, the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Spiva's Objections to the Report are not well taken and they are **OVERRULED**. The Court **ADOPTS** the Report (Doc. 175) in its entirety and rules as follows:

- The Court **DENIES** Spiva's Motion to Strike (Doc. 174), titled "Motion to Strike the Court's Order of June 24, 2019 and Request to Fully Consider Plaintiff's Objections to the Report & Recommendation";

- As reasonable jurists would not disagree with this conclusion, Spiva is **DENIED** a certificate of appealability; and

- The Court further **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and therefore Spiva should not be permitted to proceed *in forma pauperis*.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, August 26, 2019.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE